**DISMISS; and Opinion Filed July 12, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00279-CR**
**No. 05-18-00280-CR**

**JASON JACOB OSIFO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81394-2016 & 296-82964-2015**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

Jason Jacob Osifo has filed a voluntary motion to dismiss in each of the above appeals.

Appellant and his attorney have signed each motion. We grant the motions. TEX. R. APP. P. 42.2(a).

We dismiss these appeals.

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

180279F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JASON JACOB OSIFO, Appellant

No. 05-18-00279-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-81394-2016.
Opinion delivered by Justice Boatright, Justices Bridges and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 12th day of July, 2018.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JASON JACOB OSIFO, Appellant

No. 05-18-00280-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-82964-2015.
Opinion delivered by Justice Boatright, Justices Bridges and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 12th day of July, 2018.